**No. 09-8742. Kimberly Albright-Lazzari, et vir, Petitioners v. Connecticut (two judgments).**

559 U.S. 1034, 130 S. Ct. 2064, 176 L. Ed. 2d 412, 2010 U.S. LEXIS 2898.

March 29, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Appellate Court of Connecticut dismissed. See Rule 39.8.

**No. 09-8776. Zachary Bouvier Taylor, Petitioner v. Charlotte Brashears, et al.**

559 U.S. 1034, 130 S. Ct. 2066, 176 L. Ed. 2d 412, 2010 U.S. LEXIS 2916.

March 29, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit dismissed. See Rule 39.8.

**No. 09-8781. Steven Kalski, Petitioner v. Michael D. Antonovich, et al.**

559 U.S. 1034, 130 S. Ct. 2066, 176 L. Ed. 2d 412, 2010 U.S. LEXIS 2796.

March 29, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Court of Appeals of California, Second Appellate District, dismissed. See Rule 39.8.

**No. 09-8799. Rickey Sabedra, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

559 U.S. 1034, 130 S. Ct. 2067, 176 L. Ed. 2d 412, 2010 U.S. LEXIS 2766.

March 29, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit dismissed. See Rule 39.8.

**No. 09-8802. Daniel L. Spuck, Petitioner v. Catherine C. McVey, Chairwoman, Pennsylvania Board of Probation and Parole, et al.**

559 U.S. 1034, 130 S. Ct. 2067, 176 L. Ed. 2d 412, 2010 U.S. LEXIS 2790.

March 29, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Third Circuit dismissed. See Rule 39.8.